NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LEE WESSON HOPE,                )
                                )
        Appellant,              )
                                )
v.                              )        Case No. 2D18-169
                                )
ADVANTAGE TRIM & LUMBER OF      )
FLORIDA, INC.,                  )
                                )
        Appellee.               )
_____ )

Opinion filed January 30, 2019.

Appeal from the Circuit Court for Sarasota
County; Andrea McHugh, Judge.

Philip N. Hammersley, and Eric M. Hanson
of Norton, Hammersley, Lopez, & Skokos,
P.A., Sarasota, for Appellant.

Scott K. Petersen, Sarasota, for Appellee.


PER CURIAM.


        Affirmed.


KHOUZAM, MORRIS, and BADALAMENTI, JJ., Concur.